## MACON RAILWAY AND LIGHT COMPANY *v.* GLOVER.

ATKINSON, J.  1. The criticisms upon the charge of the court, considered in connection with the entire charge, fail to point out any error requiring the grant of a new trial.

2. The evidence was sufficient to support the verdict.

     *Judgment affirmed.  All the Justices concur.*

      FEBRUARY 18, 1911.

 Action for damages.  Before Judge Felton.  Bibb superior court. January 17, 1910.

 *Roland Ellis, R. C. Jordan,* and *C. A. Glawson,* for plaintiff in error.  *John P. Ross,* contra.

---

## SOUTHERN SCHOOL BOOK DEPOSITORY *v.* GINN & COMPANY *et al.*

ATKINSON, J.  1. Where several attachments in favor of different persons were levied on different articles of personalty which had been jointly purchased at one time by several purchasers from the defendant in attachment before the levy of the attachments, such purchasers can not require the attaching creditors, in one equitable suit instituted for that purpose, to contest with them the issue whether the property is subject to attachment, without alleging that the attack on the validity of the plaintiffs' title involves a question common to all the attaching creditors.

(*a*) In the case of *Smith* v. *Dobbins,* 87 *Ga.* 303 (13 S. E. 496), the attack upon the plaintiff's title by the several plaintiffs in fi. fa. involved the same question.   *Judgment reversed.  All the Justices concur.*

      FEBRUARY 18, 1911.

 Equitable petition.  Before Judge Meadow.  Elbert superior court.  September 16, 1909.

 *Z. B. Rogers,* for plaintiff in error.  *C. P. Harris,* contra.